UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  2:24–cv–05040–MWF–MAR　　　　　Date  September 16, 2024

Title    JOSHUA CUEVAS V. ANGRY FERRET BREWING COMPANY LLC ET AL

---

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

Attorney(s) Present for Plaintiff(s):　　Attorney(s) Present for Defendant(s):
　　　　None Present　　　　　　　　　　　　　　None Present

**PROCEEDINGS (IN CHAMBERS):　COURT ORDER**

In light of the Notice of Settlement filed 9/12/2024, the Court sets a hearing on Order To Show Cause Re Dismissal for October 28, 2024 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Clerk:  rs